Next case is number 23-1234 Sarah Rosenberg as trustee of Douglas Rosenberg 2004 trust against PHL Variable Insurance Company et al. Thank you for watching.